JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE MILLER formerly known as MICHELLE BAUTISTA and LANCE MILLER,<br><br>    Plaintiff,<br><br>vs.<br><br>FCA US LLC; and DOES 1 through 10, inclusive<br><br>    Defendants. | Case No. CV 23-5791-GW-MARx<br><br>District Judge: George H. Wu<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Plaintiff MICHELLE MILLER ("Plaintiff") accepted FCA US LLC's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 October 19, 2023.

    Accordingly, the Court enters JUDGMENT in favor of Plaintiff in the amount of $90,117.50 pursuant to the terms of the Rule 68 Offer.

    **IT IS SO ORDERED.**

Date: February 12, 2024

                                                   */s/ George H. Wu*
                                                    HON. GEORGE H. WU,
                                                    United States District Judge