**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHELLE MILLER formerly known as MICHELLE BAUTISTA and LANCE MILLER,<br>Plaintiff,<br>vs.<br>FCA US LLC; and DOES 1 through 10, inclusive<br>Defendants. | Case No. 2:23-cv-05791-GW-MAR<br>District Judge: George H. Wu<br>**[PROPOSED] ORDER** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Plaintiff MICHELLE MILLER formerly known as MICHELLE BAUTISTA and LANCE MILLER ("Plaintiff") and Defendant FCA US LLC have agreed FCA US LLC will pay $14,000.00 to resolve Plaintiff's attorneys' fees, costs, and expenses.

Accordingly, the Court hereby enters an ORDER for Defendant to pay Plaintiff $14,000.00 to resolve attorneys' fees, costs, and expenses and Plaintiff's Motion for Attorney Fees, Costs and Expenses is vacated. Payment is to be made to counsel for Plaintiff by November 14, 2024. After satisfaction of payment, Plaintiff will dismiss this case with prejudice within 10 business days against all parties.

**IT IS SO ORDERED.**

Date: ______________________

______________________
Hon. George H. Wu
United States District Judge